1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Michael Henry Baylor

7

8

9

10                  **UNITED STATES DISTRICT COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12  MICHAEL HENRY BAYLOR,            ) Case No.: CV11-010158 PLA
                                     )
13         Plaintiff,                ) [~~PROPOSED~~] ORDER AWARDING
                                     ) EQUAL ACCESS TO JUSTICE ACT
14     vs.                           ) ATTORNEY FEES AND EXPENSES
                                     ) PURSUANT TO 28 U.S.C. § 2412(d)
15  CAROLYN W. COLVIN, Acting        ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security, ) U.S.C. § 1920
16                                   )
           Defendant                 )
17                                   )
                                     )
18

19     Based upon the parties' Stipulation for the Award and Payment of Equal

20  Access to Justice Act Fees, Costs, and Expenses:

21     IT IS ORDERED that fees and expenses in the amount of $3,400.00 as

22  authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized

23  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

24  DATE:  November 20, 2013        *[signature: Paul L. Abrams]*

25                                  _____
                                    THE HONORABLE PAUL L. ABRAMS
26                                  UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Young Cho*
_____
4 | Young Cho
Attorney for plaintiff Michael Henry Baylor

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26